THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CATHERINE MURPHY Appellant.— Judgment of conviction of the Court of Special Sessions, Borough, of

Brooklyn, affirmed. No opinion. Lazansky, P. J , Young, Carswell and Tompkins, JJ , concur; Kapper, J., dissents upon the ground that the evidence did not establish defendant's guilt beyond a reasonable doubt.